[No. 10119.   *En Banc.*   August 7, 1913.]

ANDREW STONE, *Respondent*, v. CHRIS T. SYLLIAASEN *et al.*,
                    *Appellants.*[1]

Appeal from a judgment of the superior court for King county,
Prigmore, J., entered June 10, 1911, upon the verdict of a jury ren-
dered in favor of the plaintiff, in an action for personal injuries sus-
tained by an employee in the construction of a building.   Affirmed.

*Hughes, McMicken, Dovell & Ramsey, Otto B. Rupp,* and *J. B.
Joujon-Roche,* for appellants.

*Jno. Mills Day* and *M. E. Brewer,* for respondent.

               ON REHEARING.

PER CURIAM.—The court has considered this case upon rehearing
and the majority of the court adhere to the opinion as reported in
70 Wash. 89, 126 Pac. 84, and for the reasons there given, the judg-
ment should be affirmed.

---

[No. 10645.   *En Banc.*   August 9, 1913.]

JAMES R. ATKESON *et al., Respondents,* v. JACKSON ESTATE,
                    *Appellant.*[2]

Appeal from a judgment of the superior court for King county,
Main, J., entered May 29, 1912, upon findings in favor of the plain-
tiff, in an action for wrongful death.   Affirmed.

*John W. Roberts* (*Ramey & Smith,* of counsel), for appellant.

*A. R. Rutherford* and *Milo A. Root,* for respondents.

               ON REHEARING.

PER CURIAM.—The court has considered this case upon rehearing,
and the majority of the court adhere to the opinion as reported in
72 Wash. 233, 130 Pac. 102, and for the reasons there given, the judg-
ment should be affirmed.

[1]Reported in 134 Pac. 189.
[2]Reported in 134 Pac. 175.